UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 JAN 21 PM 12:45
CLERK
BY_____
DEPUTY CLERK

Amy Connelly                            ,  )
                                           )
            Plaintiff(s),                  )
                                           )
        v.                                 )   Civil Action No. 2:20-cv-64-cr
                                           )
City of St. Albans, et al.              ,  )
                                           )
            Defendant(s).                  )

## EVALUATOR'S REPORT

Please select one:

- [✓] First Session Report
- [ ] Second Session Report
- [ ] Third Session Report
- [ ] Corrected/Revised Report
- [ ] Supplemental Report
- [ ] Other

Eric A. Johnson, Esq.     , the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):** Date of session: 1/18/2021    Start time: 10:00 am    Finish time: 3:30 pm

**(j)(1)(B):** Names of attendees:    Role:    Settlement authority:
(check only where applicable)

| Names of attendees | Role | Settlement authority |
|---|---|---|
| Amy Connelly | Plaintiff | ✓ |
| Albert Fox, Esq. | Plaintiff's Attorney | |
| Evan Chadwick, Esq. | Plaintiff's Attorney | |
| Michael Leddy, Esq. | Atty for City, et. al. | |
| Dominic Cloud | City Manager | |
| Terri Crawford | VLCT adjuster | ✓ |
| Brian Monaghan, Esq. | Atty for Ferguson | |
| James Conway, Esq. | Atty for Ferguson | |
| Pam Blouin | VLCT adjuster | ✓ |
| Phil Woodward, Esq. | VLCT attorney | ✓ |
| Kaveh Shahi, Esq. | Atty for Lawton | |
| Kelly Kindestin | VLCT Adjuster | ✓ |
| Zachary Koch | Defendant | |
| Michael Ferguson | Defendant | |

(j)(1)(C):        Substitute arrangements regarding attendance:
                  N/A

(j)(1)(D):        Date parties' Evaluation Statements received by Evaluator:
                         Plaintiff(s):    Date:  1/15/2021
                         Defendant(s):    Date:  1/15/2021

(j)(1)(E):        Oral presentations:
                  Yes

(j)(1)(F):        Results of session:
(j)(1)(F)(i):     ☐ Full settlement          ☐ Partial settlement
                  ☑ No settlement

(j)(1)(F)(ii):    Stipulation to narrow the scope of dispute:                    ☑ N/A

(j)(1)(F)(iii):   Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost
                  and delay related to trial preparation:                        ☑ N/A

                  Scheduling another ENE session:    ☐ Yes    ☑ No

Other comments (please refer to L.R. 16.1(j)(2)):


                  Dated at Burlington   on this 19th day of January, 2021.

                                                      _____
                                                      Eric A. Johnson, Esq.
                                                      Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Amy Connelly                              , )
                                          )
        Plaintiff(s),                     )
                                          )
        v.                                )     Civil Action No. 2:20-cv-64-cr
                                          )
City of St. Albans, et al.             ,  )
                                          )
        Defendant(s).                     )

## CERTIFICATE OF SERVICE

I, Eric A. Johnson, Esq.       , the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the 19th day of January, 2021, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| Albert Fox, Esq.<br>Michael Leddy, Esq.<br>Kaveh Shahi, Esq.<br>Brian Monaghan, Esq. | ___ CM/ECF<br>✓ U.S. Mail<br>___ Hand | James F. Conway, Esq.<br>Evan Chadwick, Esq.<br>Phil Woodward, Esq. | ___ CM/ECF<br>___ U.S. Mail<br>___ Hand | | ___ CM/ECF<br>___ U.S. Mail<br>___ Hand |

Dated at Burlington       on this 19th day of January    , 2021 .

Eric A. Johnson, Esq.
Evaluator