UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| Amy Connelly,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>City of St. Albans, Vermont,  )<br>Gary Taylor, *individually and in his*  )<br>*official capacity as Chief of Police for*  )<br>*the City of St. Albans, Vermont,*  )<br>Jason Lawton, Zachary Koch, and  )<br>Michael Ferguson, *individually and in*  )<br>*their capacities as police officer for*  )<br>*the City of St. Albans, Vermont,*  )<br>  )<br>  Defendants.  ) | Civil Action No. 2:20-cv-64 |

## **CERTIFICATE OF DISCOVERY SERVICE**

I, James F. Conway, III, attorney for Michael Ferguson, hereby certify that on April 22, 2021, I served *Defendant Michael Ferguson's Responses to Plaintiff's Interrogatories and First Request to Produce* via electronic mail, along with a Dropbox link containing documents Bates Nos. MF 00001-MF 00068, audio files, and video files, on the following attorneys of record:

Albert Fox, Esq.
albie@chadwicklawvt.com

Evan Chadwick, Esq.
evan@chadwicklawvt.com

Dated this 22nd day of April, 2021.

Respectfully submitted,

/s/ James F. Conway, III
James F. Conway, III, Esq.
Monaghan Safar Ducham PLLC
156 Battery St.
Burlington, VT 05401
Tel: (802) 660-4735
E-mail: jconway@msdvt.com

*Attorney for Defendant*
*Michael Ferguson*



156 Battery Street
Burlington, VT 05401
T 802 660 4735
F 802 419 3662

92 Fairfield Street
St. Albans, VT 05478
T 802 524 0080

www.msdvt.com

300000-00161                    1