UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| Amy Connelly,<br>   Plaintiff,<br><br>   v.<br><br>City of St. Albans, Vermont,<br>Gary Taylor, *individually and in his official capacity as Chief of Police for the City of St. Albans, Vermont*,<br>Jason Lawton, Zachary Koch, and Michael Ferguson, *individually and in their capacities as police officer for the City of St. Albans, Vermont*,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:20-cv-00064 |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF DEFENDANT MICHAEL FERGUSON'S
MOTION FOR SUMMARY JUDGMENT**

**Exhibit List**

A. Exhibit A – Affidavit of Officer Zachary Koch

B. Exhibit B – Supplemental Affidavit of Sergeant Jason Lawton

C. Exhibit C – Declaration of Michael Ferguson

D. Exhibit D – Declaration of James F. Conway, III

  1. Attachment 1 – DataMaster Video SAPD

  2. Attachment 2 – Connelly Holding Cell Video

  3. Attachment 3 – Lawton Body Camera Video

  4. Attachment 4 – Koch Body Camera Video

  5. Attachment 5 – Processing Video SAPD

  6. Attachment 6 – Defendant Michael Ferguson's First Requests for Admission



MONAGHAN
SAFAR
DUCHAM PLLC

156 Battery Street
Burlington, VT 05401
T 802 660 4735
F 802 419 3662

92 Fairfield Street
St. Albans, VT 05478
T 802 524 0080

www.msdvt.com



300000-00161       1