# EXHIBIT B

**SUPPLEMENTAL AFFIDAVIT**
**STATE OF VERMONT**
**Franklin County S.S.**
**St. Albans Police Department**
**Sergeant Jason Lawton**

## 19SA002273

1. On March 14, 2019, at approximately 1955 hours, we were dispatched to Shooter's Saloon located at 30 Kingman Street in the City of St. Albans. Central Dispatch advised that there was an intoxicated female in the bar that was refusing to leave. Central Dispatch advised that the female had assaulted bar staff.

2. Officer Koch arrested Amy Connelly (DOB 02-22-1984) and transported her to the St. Albans Police Department for processing. Prior to my arrival back at our station, Officer Koch advised over the radio that Connelly was not cooperating.

3. A short time later, I was in the officer's room and heard Connelly kicking the cell door hard. I discovered that Connelly was kicking the door hard enough to wedge the locking mechanism. Once I got the door open, I told Connelly to stop kicking the door. Connelly stood up and came within a few inches of me. She was told to sit down, to which she replied "no." Due to her close proximity and her already assaultive behavior, I pushed her back onto the bench.

4. Connelly refused to listen to what I was saying. Connelly eventually stood up, and kicked me in the right shin. At that time, I pushed Connelly back, and delivered a front distraction strike to the right side of her face in an effort to gain control of her. This strike had the desired effect, as it distracted her from her aggressive behavior. She was then secured on the ground where we applied leg shackles and secured her to the bar in the holding cell.

5. We immediately requested Amcare to come to the station to examine Connelly. She was eventually transported to the hospital.

6. Connelly's kick caused me to have lingering discomfort on my right shin. At the time of the kick, it caused two out of ten pain.

Subscribed and sworn to before me on
this 15 day of march, 2019

_____ (Affiant)
_____ (Notary Public)
3-15-19 (Date)

1 - 1

MF 00008