IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

AMY CONNELLY,

      PLAINTIFF,

vs.

CITY OF ST. ALBANS, VERMONT,          Civil Action No. 2:20-cv-64

GARY TAYLOR,

JASON LAWTON,

ZACHARY KOCH,

MICHAEL FERGUSON

      DEFENDANTS.

## STIPULATION REGARDING ACCEPTANCE OF SERVICE

The plaintiff and defendants Jason Lawton, Gary Taylor, City of St. Albans and Zachary Koch, by and through their respective counsel stipulate as follows:

1. The complaint in this case was filed on May 4, 2020.

2. Plaintiff intends to have defendants Lawton, Taylor, City of St. Albans and Koch personally served with the complaint and summons.  In lieu of plaintiff incurring the expense of personal service, counsel for defendants have agreed to accept service by email.

3. The parties understand there is an issue regarding timely service under Fed. R. Civ. P. Rule 4(m).  The acceptance of the complaint and summons by defense counsel is not a waiver of the 90-day service required under Rule 4(m).  Defendant may raise late service by way of an affirmative defense or motion, and plaintiff may seek relief from the Court as appropriate.  Neither party is prejudiced by this stipulation.

1

4. Defendants Lawton, Taylor, City of Albans and Koch shall have 60 days from the date this stipulation is approved by the Court to answer or otherwise respond to the Complaint.

DATED at Rutland, Vermont, this 30th day of July, 2021.

**JASON LAWTON**

By:   /S/ Kaveh Shahi
      Kaveh Shahi, Esq.
      *Cleary Shahi & Aicher P.C.*
      110 Merchants Row, Third Floor
      Rutland, VT 05701
      kss@clearyshahi.com
      802-775-8800

DATED at Brattleboro, Vermont, this 30th day of July, 2021.

**AMY CONNELLY**

By:   /S/ Evan Chadwick
      Evan Chadwick, Esq.
      Chadwick & Spensley, PLLC.
      *Counsel for Plaintiff*
      136 High Street
      Brattleboro, VT 05301
      802-257-7161

DATED at Burlington, Vermont, this 30th day of July, 2021.

**CITY OF ST. ALBANS**
**GARY TAYLOR**
**ZACHARY KOCH_____**

By:   /S/ Michael Leddy
      Michael Leddy, Esq.
      *McNeil, Leddy & Sheahan, PC*
      271 S. Union Street
      Burlington, VT 05401
      mleddy@mcneilvt.com
      802-863-4531

SO ORDERED THIS ___ DAY OF _____, 2021.

_____